**UNITED STATES, Plaintiff–Appellee,**

v.

**Paul B. ZACCARDI, Defendant–Appellant,**

and

**Frances Zizzo Zaccardi, Defendant,**

and

**Saved By Grace Christian Fellowship, Defendant,**

and

**Utah State Tax Commission, Defendant,**

and

**Washington Federal Savings, Defendant.**

**No. 2013–1233.**

United States Court of Appeals, Federal Circuit.

June 18, 2013.

Randolph Lyons Hutter, Attorney, Robert William Metzler, Supervisory Attorney, Department of Justice, Washington, DC, for Plaintiff–Appellee.

Paul B. Zaccardi, Sandy, UT, pro se.

Frances Zizzo Zaccardi, Sandy, UT, pro se.

Stephen W. Lewis, Utah Attorney General's Office, Paul D. Veasy, Parsons Behle & Latimer, Salt Lake City, UT, for Defendant.

Before NEWMAN, REYNA and WALLACH, Circuit Judges.

## ORDER

PER CURIAM.

The United States moves for dismissal of the case or transfer to the United States Court of Appeals for the Tenth Circuit.

Paul B. Zaccardi appeals from a judgment of the United States District Court for the Central District of Utah, granting summary judgment in favor of the United States for unpaid taxes. Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed.

Accordingly,

IT IS ORDERED THAT:

The United States' motion is granted to the extent that the appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Tenth Circuit.